**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-03448 |
| | § | |
| GERALD J. THEISEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Lisa E. Gocha, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | | Assets Exempt: | $79,352.96 |
| Total Distributions to Claimants: | $2,900.31 | | Claims Discharged Without Payment: | $65,362.58 |
| Total Expenses of Administration: | $1,093.65 | | | |

3)      Total gross receipts of $9,432.55  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $5,438.59 (see **Exhibit 2**), yielded net receipts of $3,993.96 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,093.65 | $1,093.65 | $1,093.65 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $68,712.00 | $29,896.89 | $29,896.89 | $2,900.31 |
| **Total Disbursements** | $68,712.00 | $30,990.54 | $30,990.54 | $3,993.96 |

4).  This case was originally filed under chapter 7 on 03/30/2011.  The case was pending for -1334 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2013                    By:    /s/ Lisa E. Gocha
                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Property Settlement | 1221-000 | $9,432.55 |
| **TOTAL GROSS RECEIPTS** | | $9,432.55 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Gerald J. Theisen | Exemptions | 8100-002 | $5,438.59 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $5,438.59 |

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lisa E. Gocha, Trustee | 2100-000 | NA | $998.49 | $998.49 | $998.49 |
| MRSC | 2300-000 | NA | $3.87 | $3.87 | $3.87 |
| Bank of Texas | 2600-000 | NA | $91.29 | $91.29 | $91.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,093.65 | $1,093.65 | $1,093.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7200-000 | $3,268.00 | $3,118.78 | $3,118.78 | $302.55 |
| 2 | PYOD, LLC its successors and | 7200-000 | $27,078.00 | $26,778.11 | $26,778.11 | $2,597.76 |

| | | | | | |
|---|---|---|---|---|---|
| assigns as assignee | | | | | |
| Chase | 7100-000 | $236.00 | NA | NA | $0.00 |
| DFCU Financial CU | 7100-000 | $548.00 | NA | NA | $0.00 |
| GE MONEY BANK | 7100-000 | $6,195.00 | NA | NA | $0.00 |
| GEMB/Empire | 7100-000 | $5,571.00 | NA | NA | $0.00 |
| HSBC Bank | 7100-000 | $24,633.00 | NA | NA | $0.00 |
| HSBC Retail Services | 7100-000 | $191.00 | NA | NA | $0.00 |
| SYNERGETIC COMMUNICATION INC | 7100-000 | $992.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $68,712.00 | $29,896.89 | $29,896.89 | $2,900.31 |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 11-03448 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | THEISEN, GERALD J. | Date Filed (f) or Converted (c): | 03/30/2011 (f) |
| For the Period Ending: | 12/17/2013 | §341(a) Meeting Date: | 05/09/2011 |
| | | Claims Bar Date: | 12/05/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Property Settlement **(u)** | $0.00 | $10,000.00 | | $9,432.55 | FA |
| **Asset Notes:** | Due to be paid in June 2012 | | | | | |
| 2 | Cash on hand Location: In debtor's possession | $20.00 | $0.00 | | $0.00 | FA |
| 3 | Fifth Third Checking Location: In debtor's possession | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Rental Deposit Location: In debtor's possession | $300.00 | $0.00 | | $0.00 | FA |
| 5 | Household Furnishings Location: In debtor's possession | $750.00 | $0.00 | | $0.00 | FA |
| 6 | Pictures/CDs Location: In debtor's possession | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Clothing Location: In debtor's possession | $500.00 | $0.00 | | $0.00 | FA |
| 8 | Wedding Ring Location: In debtor's possession | $150.00 | $0.00 | | $0.00 | FA |
| 9 | Golf Clubs/Softball Equipment Location: In debtor's possession | $100.00 | $0.00 | | $0.00 | FA |
| 10 | G&K Services 401-K Plan Location: In debtor's possession | $71,934.00 | $0.00 | | $0.00 | FA |
| 11 | Employee Stock Plan Location: In debtor's possession | $1,550.21 | $0.00 | | $0.00 | FA |
| 12 | 2010 Tax Refund Location: In debtor's possession | $429.00 | $0.00 | | $0.00 | FA |
| 13 | Accrued Wages for week of filing est. based on YTD avg Location: In debtor's possession | $950.00 | $0.00 | | $0.00 | FA |
| 14 | Funds Garnished w/in 90 days of filing (Citibank/NCO Financial) Location: In debtor's possession | $900.00 | $0.00 | | $0.00 | FA |
| 15 | Pro-Rated 2011 Tax Refunds 3/12 of 429 = 107.25 Location: In debtor's possession | $108.00 | $0.00 | | $0.00 | FA |
| 16 | Wages Garnished w/in90 days of filing (Shermeta Adams & VanAllmen) Location: In debtor's possession | $1,411.75 | $0.00 | | $0.00 | FA |

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2          Exhibit 8

| Case No.: | 11-03448 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | THEISEN, GERALD J. | Date Filed (f) or Converted (c): | 03/30/2011 (f) |
| For the Period Ending: | 12/17/2013 | §341(a) Meeting Date: | 05/09/2011 |
| | | Claims Bar Date: | 12/05/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding unknown value) | $79,352.96 | $10,000.00 | | $9,432.55 | Gross Value of Remaining Assets $0.00 |

**Major Activities affecting case closing:**

Debtor has property settlement due to him in June 2012 in amount of 10k.

Must wait until June of 2012 to collect property settlement.

Letter sent to attorney for Debtor and Debtor regarding the property settlement and the non-exempt portion

Wife has refused to pay settlement.  Will have to pursue collection.

Settlement has been paid.  Will file TFR when claims bar date passes.

No claims filed, sent out letters to creditors to file claims

Not enough claims filed, sent out letters again and tried to contact creditors by phone

Sent an e-mail to citibank re: filing a claim

Initial Projected Date Of Final Report (TFR):   05/24/2012          Current Projected Date Of Final Report (TFR):   09/01/2013          /s/ LISA E. GOCHA

LISA E. GOCHA

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 11-03448 | | Trustee Name: | Lisa E. Gocha |
| Case Name: | THEISEN, GERALD J. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2503 | | Checking Acct #: | ******1136 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/30/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/03/2012 | (1) | Geral Theisen | Payment re: Real Estate | 1221-000 | $1,000.00 | | $1,000.00 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.40 | $998.60 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.61 | $996.99 |
| 09/20/2012 | (1) | Sandra Theisen | Payment re: Settlement | 1221-000 | $432.55 | | $1,429.54 |
| 09/20/2012 | (1) | Geral Theisen | Payment re: Settlement | 1221-000 | $8,000.00 | | $9,429.54 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.93 | $9,423.61 |
| 10/17/2012 | 5001 | Gerald J. Theisen | Exemptions | 8100-002 | | $5,438.59 | $3,985.02 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.63 | $3,972.39 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.20 | $3,966.19 |
| 01/03/2013 | 5002 | MRSC | Bond Payment | 2300-000 | | $3.87 | $3,962.32 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.39 | $3,955.93 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.39 | $3,949.54 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.76 | $3,943.78 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.37 | $3,937.41 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.15 | $3,931.26 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.34 | $3,924.92 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.12 | $3,918.80 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,908.80 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,898.80 |
| 10/28/2013 | 5003 | Lisa E. Gocha | Trustee Compensation | 2100-000 | | $998.49 | $2,900.31 |
| 10/28/2013 | 5004 | American InfoSource LP as agent for | Final | 7200-000 | | $302.55 | $2,597.76 |
| 10/28/2013 | 5005 | PYOD, LLC its successors and assigns as assignee | Final | 7200-000 | | $2,597.76 | $0.00 |

**SUBTOTALS** $9,432.55 $9,432.55

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-03448 | Trustee Name: Lisa E. Gocha |
| Case Name: | THEISEN, GERALD J. | Bank Name: Bank of Texas |
| Primary Taxpayer ID #: | **-***2503 | Checking Acct #: ******1136 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 3/30/2011 | Blanket bond (per case limit): $1,000,000.00 |
| For Period Ending: | 12/17/2013 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $9,432.55 | $9,432.55 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $9,432.55 | $9,432.55 | |
| | | **Less: Payments to debtors** | | | $0.00 | $5,438.59 | |
| | | **Net** | | | $9,432.55 | $3,993.96 | |

For the period of 3/30/2011 to 12/17/2013

| | |
|---|---|
| Total Compensable Receipts: | $9,432.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,432.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,993.96 |
| Total Non-Compensable Disbursements: | $5,438.59 |
| Total Comp/Non Comp Disbursements: | $9,432.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 07/03/2012 to 12/17/2013

| | |
|---|---|
| Total Compensable Receipts: | $9,432.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,432.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,993.96 |
| Total Non-Compensable Disbursements: | $5,438.59 |
| Total Comp/Non Comp Disbursements: | $9,432.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No:   3                Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-03448 | |
| Case Name: | THEISEN, GERALD J. | |
| Primary Taxpayer ID #: | **-***2503 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 3/30/2011 | |
| For Period Ending: | 12/17/2013 | |

| | |
|---|---|
| Trustee Name: | Lisa E. Gocha |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******1136 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| | $9,432.55 | $9,432.55 | $0.00 |

| **For the period of 3/30/2011 to 12/17/2013** | | **For the entire history of the case between 03/30/2011 to 12/17/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $9,432.55 | Total Compensable Receipts: | $9,432.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,432.55 | Total Comp/Non Comp Receipts: | $9,432.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,993.96 | Total Compensable Disbursements: | $3,993.96 |
| Total Non-Compensable Disbursements: | $5,438.59 | Total Non-Compensable Disbursements: | $5,438.59 |
| Total Comp/Non Comp Disbursements: | $9,432.55 | Total Comp/Non Comp Disbursements: | $9,432.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LISA E. GOCHA

LISA E. GOCHA